*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CAPER ROBERTSON

vs.                              NO.   5:06CV00096 SWW

GS ADMINISTRATORS, INC.

### ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss this action with prejudice, the parties having reached a settlement,

IT IS THEREFORE ORDERED that the motion is granted, and all claims in the above cause of action hereby are dismissed with prejudice.

DATED this 20th day of December, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE